### August 16, 2011

| | | |
|---|---|---|
| 29671 | State v. Tetu | Vacated and Remanded |

### August 24, 2011

| | | |
|---|---|---|
| 29699 | Lansing v. Jenko-Crispin | Affirmed |
| 30609 | State v. Dong Mei Li | Affirmed |

### August 25, 2011

| | | |
|---|---|---|
| 29939 | State v. Tierney | Affirmed |

### August 26, 2011

| | | |
|---|---|---|
| 30596 | Grindling v. State | Affirmed |
| 30501 | Shamblin v. State | Dismissed |
| 29863 | State v. Pettigrew | Affirmed |
| CAAP–10–00 00140 | State v. Poteat | Reversed |

### August 29, 2011

| | | |
|---|---|---|
| 29912 | Cabatbat v. Curtis | Affirmed |